IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ETHRIDGE, | 1:10-cv-01962-MJS (PC) |
| Plaintiff, | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS |
| vs. | OR PAY FILING FEE BY NOVEMBER 20, 2010 |
| S. CHILDS, et al., | |
| Defendants.        / | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

No later than November 20, 2010, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action. **No requests for extension will be granted without a showing of good cause**.  Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his/her prison trust statement for the six month period immediately preceding the filing of the complaint.

/////

-1-

1  /////
2  **Failure to comply with this order will result in dismissal of this action.**
3
4
5  IT IS SO ORDERED.
6  Dated:   October 25, 2010                    /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE