# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ETHRIDGE,<br><br>                    Plaintiff,<br><br>    v.<br><br>S. CHILDS, et al.,<br><br>                    Defendants.<br>_____/ | CASE NO.   1:10-cv-1962-MJS (PC)<br><br>ORDER DENYING AS MOOT MOTION FOR COURT TO DIRECT CORRECTIONS OFFICIALS TO PROVIDE 6 MONTH TRUST STATEMENT<br><br>(ECF No. 4) |

Plaintiff Carl Ethridge ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 4, 2010, Plaintiff filed a "Motion for the Court to Direct or Request Corrections Officials to Provide Plaintiff with 6 Month Trust Statement So He Can Proceed in forma pauperis." (ECF No. 4.)  On November 24, 2010, Plaintiff filed a Motion to Proceed in forma pauperis that was accompanied by a statement of his trust account over the last six months.  (ECF No. 5.)  Plaintiff's Motion to Proceed in forma pauperis was granted by the Court on November 24, 2010.  (ECF No. 6.)

Accordingly, Plaintiff's Motion asking the Court to require correctional officials to provide his trust account statement is moot and is hereby DENIED.

IT IS SO ORDERED.

Dated:   November 26, 2010           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE