# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ETHRIDGE,<br><br>        Plaintiff,<br><br>  v.<br><br>S. CHILDS, et al.,<br><br>        Defendants. | Case No. 1:10-cv-01962-LJO-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF MOTION TO VERIFY SERVICE**<br><br>**(ECF No. 22)** |

Plaintiff Carl Ethridge is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

The Court previously found that Plaintiff had stated a cognizable conditions of confinement claim, and it ordered the U.S. Marshal to serve Defendants Childs and Hernandez. (ECF No. 21.) The service deadline is November 18, 2013. (Id.)

Before the Court is Plaintiff's motion to verify that service upon Defendants has been completed. This motion shall be denied. The marshal has not filed a return demonstrating completion of service upon Defendants.

Accordingly, it is HEREBY ORDERED THAT Plaintiff's motion to verify completion of service upon Defendants (ECF No. 22) is DENIED.

IT IS SO ORDERED.

Dated:   November 12, 2013         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1